UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PRIMA MATERIA LLC.,<br><br>　　　　　Defendant. | Case No. 21-cv-05157-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 13 |

　　　　Plaintiff filed a notice of settlement in which he advised the Court that the above captioned matter has provisionally settled. In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however that if any party hereto shall certify to this Court within ninety days, with proof of service, that the settlement was not consummated or that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated and this case shall be restored to the calendar and set for trial. If no certification is filed, after passage of ninety days, the dismissal shall be with prejudice.

　　　　**IT IS SO ORDERED**.

Dated: October 7, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　United States Magistrate Judge